# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

United States of America,

       Plaintiff,

                                Criminal No. 25-cr-20165

vs.

                                Hon. Nancy G. Edmunds

Matthew Weiss

       Defendant.

_____/

**FILED**

**MAR 2 4 2025**

**CLERK'S OFFICE**
**U.S. DISTRICT COURT**

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Matthew Weiss, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Counts 1-10; 21-24: 18 U.S.C. §§ 1030(a)(2)(c) and (c)(2)(B)(ii), Unauthorized Access: Up to 5 Years imprisonment and/or a $250,000 fine.

Counts 11-20: 18 U.S.C. § 1028A(a)(1)(c), Aggravated Identity Theft: A mandatory term of term of imprisonment of 2 Years in addition to any sentence imposed on the corresponding Count 1-10.

I also understand that the Court may impose consecutive sentences if I am convicted of more than one count.

                                _____
                                Matthew Weiss
                                Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.


Douglas Mullkoff
Counsel for Defendant

Dated:   3 / 24   25