UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

                            Criminal No. 25-cr-20165

vs.

                            Hon. Nancy G. Edmunds

Matthew Weiss

      Defendant.

_____/

**STIPULATION AND ORDER TO ADJOURN
AND FIND EXCLUDABLE DELAY**

**NOW COME** the parties, by and through their respective counsel, and stipulate and agree to the adjournment of milestones approximately 90 days to the following proposed dates: (1) Motion Cut-Off: July 15, 2025, (2) Final Pretrial Conference: October 7, 2025, and (3) Trial: November 4, 2025.

**IT IS FURTHER STIPULATED** that the time from April 15, 2025, through and including the new trial date set by the Court, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), because the ends of justice served by a finding of excludable delay outweigh the best interests of the public and the defendant in a speedy trial.

The parties stipulate and agree that an ends of justice continuance is appropriate as counsel for the defendant requires additional time to review

discovery provided by the government, investigate the case, and determine what pretrial motions should be filed.

Additionally, if rulings on dispositive motions do not resolve the case, the parties would require additional time to pursue plea negotiations and/or prepare for trial. Therefore, failure to grant a continuance would unreasonably deny Counsel and the defendant reasonable time necessary for effective preparation, considering the exercise of due diligence. <u>See</u> 18 U.S.C. 3161(h)(7)(B)(iv). Finally, the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. 3161(h)(7)(A).

Therefore, the parties stipulate and request the Court to continue the motion cut-off, the final pretrial conference, and the trial date in this matter for approximately 90 days. The parties request that the Court find that, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the requested continuance outweigh the best interests of the defendant and the public in a speedy trial, such that the resulting period of delay shall be excluded in computing the time within which the trial must commence.

**IT IS SO STIPULATED.**

s/ *Timothy J. Wyse*                                 s/ Douglas (by consent)
Timothy J. Wyse                                       Douglas R. Mullkoff
Assistant United States Attorney          Attorney for Defendant
211 W. Fort Street, Suite 2001              402 West Liberty
Detroit, Michigan 48226                       Ann Arbor, Michigan 48103

Dated: April 21, 2025

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

                                    Criminal No. 25-cr-20165

vs.

                                    Hon. Nancy G. Edmunds

Matthew Weiss

       Defendant.
_____/

## <u>ORDER TO ADJOURN AND FIND EXCLUDABLE DELAY</u>

The Court has considered the parties' stipulation and joint motion to Adjourn and Find Excludable Delay.  For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that the time from April 16, 2025, to November 4, 2025, qualifies as excludable delay under § 3161(h)(7) for the reasons set forth by the parties.

IT IS THEREFORE ORDERED that the time from April 16, 2025, to November 4, 2025, shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by

3

the granting of the continuance outweigh the best interests of the public and the

defendant in a speedy trial.

IT IS FURTHER ORDERED that the trial in this case will be continued

and that the following milestones will apply to these proceedings:

- Motion Cut-Off: July 15, 2025;
- Final Pretrial Conference: October 7, 2025; and
- Trial: November 4, 2025.

s/Nancy G. Edmunds
NANCY G. EDMUNDS
United States District Judge

Date: April 21, 2025

4