UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

vs.

D-1 Matthew Weiss,

       Defendant.

Case No. 2:25-cr-20165
Honorable Nancy G. Edmunds

---

### Notice of Change of Assistant U.S. Attorney

---

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| *Add the following AUSA(s):* | *Terminated the following AUSA(s):* |
|---|---|
| Name: Adriana Dydell | |
| Bar ID: CA 239516 | Name: NONE |
| Telephone: (313) 226-9125 | |
| Fax: (313) 226-3800 | |
| Email: Adriana.Dydell@usdoj.gov | |

S/Adriana Dydell
Adriana Dydell (CA 239516)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9125
Adriana.Dydell@usdoj.gov

Dated: May 1, 2025