UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**UNITED STATE OF AMERICA,**

        **Plaintiff,**

vs.

**MATTHEW WEISS,**

        **Defendant.**

Case No. 2:25-CR-20165
HON. NANCY G. EDMUNDS

---

### MOTION TO SUBSTITUTE COUNSEL

Defendant Matthew Weiss, by and through undersigned counsel, pursuant to Local Rule 7.1, moves to substitute current counsel Douglas Mullkoff with David Benowitz.

### BRIEF IN SUPPORT

Mr. Weiss has recently retained counsel to represent him in the above-captioned matter.  Mr. Mullkoff acknowledges and consents to the substitution.

/s/ Douglas Mullkoff
Kessler & Mullkoff
402 W. Liberty Street
Ann Arbor, MI 48103
(734) 761-8585
doug@kmhlaw.com

/s/ David Benowitz
David Benowitz
Price Benowitz LLP
409 7th Street, NW
Suite 300
(202) 271-5249
David@PriceBenowitz.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Timothy Wyse at the United States Attorney's Office.

/s/ David Benowitz
David Benowitz
Price Benowitz LLP
409 7th Street, NW
Suite 300
Washington, DC 20004
(202) 271-5249
David@PriceBenowitz.com

*Counsel for Matthew Weiss*