THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br> ) | Case No. 2.25-CR-20165 |
| vs. )<br> )<br> ) | |
| MATTHEW WEISS )<br>    Defendant. ) | |

**STIPULATION AND ORDER
TO EXTEND PRETRIAL MOTIONS DEADLINE
AND TO
VACATE PRETRIAL CONFERENCE DATE AND TRIAL DATE**

**IT IS STIPULATED** that the parties, by and through their respective counsel, stipulate and agree to the extension of the pretrial motions deadline from August 29, 2025, to November 14, 20205, and to vacate the currently set pretrial hearing scheduled for October 7, 2025, and the trial scheduled for November 4, 2025.

The parties agree and stipulate to an extension of the current motions deadline date and the vacatur of the pretrial conference and trial date for the following reasons: (1) defense counsel require additional time to thoroughly review the substantial volume of discovery that has been produced; (2) defense counsel intend to engage and consult with necessary experts prior to the filing of pretrial motions; (3) the outcome of these motions may be dispositive.

**IT IS FURTHER STIPULATED** that the time from now, through and including the new trial date set by the Court, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by a finding of excludable delay outweigh the best interests of the public and the defendant in a speedy trial.

1

2

**IT IS ORDERED** that the pretrial motions deadline is extended from August 29, 2025, to November 14, 20205, and the pretrial hearing currently scheduled for October 7, 2025, and the trial date scheduled for November 4, 2025 are both **VACATED**.

**IT IS FURTHERED ORDERED**, that the Court finds that, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the requested continuance outweigh the best interests of the defendant and the public in a speedy trial, such that the resulting period of delay shall be excluded in computing the time within which the trial must commence.

**IT IS SO ORDERED.**

/s/ _____
David Benowitz
Paulette M. Pagan
Price Benowitz, LLP
409 7th Street, NW
Suite 300
Washington, DC 20004
P: (202) 271-5249
david@pricebenowitz.com
paulette@pricebenowitz.com

*Counsel for Matthew Weiss*

/s/ _____
Timothy J. Wyse
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
P: (313) 226-9144
Timothy.Wyse@usdoj.gov