THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 2:25-CR-20165-NGE-APP |
| vs. ) | |
| ) | |
| ) | |
| **MATTHEW WEISS** ) | |
|     **Defendant.** ) | |

:

**STIPULATION AND ORDER
TO EXTEND PRETRIAL MOTIONS DEADLINE,
PRETRIAL CONFERENCE DATE, AND TRIAL DATE**

**IT IS STIPULATED** that the parties, by and through their respective counsel, stipulate and agree to the extension of the pretrial motions deadline from August 29, 2025, to November 14, 2025, and to adjourn the pretrial conference to January 14, 2026, and the trial date to March 17, 2026.

The parties agree and stipulate to an extension of the current motions deadline date, pretrial conference and trial date for the following reasons: (1) defense counsel require additional time to thoroughly review the substantial volume of discovery that has been produced; (2) defense counsel intend to engage and consult with necessary experts prior to the filing of pretrial motions; (3) the outcome of these motions may be dispositive.

**IT IS FURTHER STIPULATED** that the time from November 4, 2025, through and including the new trial date of March 17, 2026, shall be deemed excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served

by a finding of excludable delay outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS ORDERED** that the pretrial motions deadline is extended from August 29, 2025, to November 14, 2025, and that the pretrial hearing currently scheduled for October 7, 2025, is adjourned to January 14, 2026, and the trial date scheduled for November 4, 2025, is adjourned to March 17, 2026.

**IT IS FURTHER ORDERED**, that the Court finds that, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the requested continuance outweigh the best interests of the defendant and the public in a speedy trial, such that the resulting period of delay shall be excluded in computing the time within which the trial must commence.

**IT IS SO ORDERED.**

Dated: August 28, 2025                     /s/ Nancy G. Edmunds
                                           Hon. Nancy G. Edmunds
                                           United States District Court


/s/ David Benowitz                         /s/ Timothy Wyse
Paulette M. Pagan                          Assistant United States Attorney
Price Benowitz, LLP                        United States Attorney's Office
409 7th Street, NW                         211 W. Fort Street, Suite 2001
Suite 300                                  Detroit, Michigan 48226
Washington, DC 20004                       P: (313) 226-9144
P: (202) 271-5249                          Timothy.Wyse@usdoj.gov
david@pricebenowitz.com
paulette@pricebenowitz.com

*Counsel for Matthew Weiss*