UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 2:25-cr-20165-NGE-APP
                                                   Hon. Nancy G. Edmunds

Matthew Weiss,

                Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [20] MOTION to Dismiss *Counts 11-20 of the Indictment* as to Matthew Weiss. **Motion Hearing reset for 12/16/2025 at 11:30 AM before District Judge Nancy G. Edmunds**. (Response due by 11/18/2025) (MarW)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 811.

**ADDITIONAL INFORMATION:**   Response due by November 18, 2025


### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Marlena A Williams
                                                         Case Manager

Dated:   November 4, 2025