Protected Discovery

| STATE OF MICHIGAN<br>Washtenaw County<br>15th District Court | SEARCH WARRANT | Case No.<br>**UMPD 2390300063(7)** |
|---|---|---|

**TO THE SHERIFF OR ANY PEACE OFFICER:**

1. **The person, place or thing to be searched is described as and is located at:**
   Motorola cell phone black in color, located at the work office.
   Apple iPad (Grey) s/n GG7DX7EHQ1KY, located at the work office.
   Seagate External Drive, black in color, located at the work office.
   Western Digital external drive, grey in color, located at the work office.
   Apple iPhone, black in color, located at the work office.
   Apple iPhone Max, black in color, located at the work office.
   MacBook Pro, S/N C02XPBXTGSJ, grey in color, located at residence.
   SanDisk Cruzer 4GB USB Drive, located at residence.
   USB Drive, Blue cover with "asci " written on it, located at residence.
   8 GB SanDisk SD Card from DSLR Camera, located at residence.
   16GB Sony SD Card from video camera, located at residence.
   Toshiba external hard drive, located at residence.
   Macbook, grey in color, located at residence.
   iPhone, Rose gold, located at residence.

   All devices are secured in the Digital Forensics Lab at the University of Michigan Police Department, 1239 Kipke Dr. Room 1169, City of Ann Arbor, County of Washtenaw, State of Michigan.

2. **The property to be searched for and seized, if found is specifically described as:**
   A full computer forensics examination of the above listed devices to include photographs, videos, recordings, text messages, emails, social media applications, files and file metadata, directories, deleted files, maps and or geographical locations. Use of any software to bypass encryption and/or passcodes.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and that you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

Issued  1/11/2023 at 2:35 pm                    _____ Magistrate Tamara Garwood P59488
              Date                                              Judge/Magistrate