Protected Discovery

| STATE OF MICHIGAN<br>Washtenaw County<br>15th District Court | SEARCH WARRANT | Case No.<br>UMPD 2390300063(5) |
|---|---|---|

**TO THE SHERIFF OR ANY PEACE OFFICER:**

1. **The person, place or thing to be searched is described as and is located at:**
   A HP ProDesk 600 with a serial number of 2UA4371F39 (Weiss's Office)
   A HP ProDesk 600 with a serial number of 2UA4431ZFS (QB Meeting room)
   A HP ProDesk 600 with a serial number of 2UA4511VP2 (TE Meeting room)

   All devices are secured in the Digital Forensics Lab at the University of Michigan Police Department, 1239 Kipke Dr. Room 1169, City of Ann Arbor, County of Washtenaw, State of Michigan.

2. **The property to be searched for and seized, if found is specifically described as:**
   A full computer forensics examination of the above listed devices to include photographs, videos, recordings, text messages, emails, social media applications, files and file metadata, directories, deleted files, maps and or geographical locations.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and that you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

Issued  1/11/2023 at 2:28 pm
        Date

_____
Judge/Magistrate

Magistrate Tamara Garwood P59488

3