THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) | Case No. 2:25-CR-20165 |
| vs. )<br>)<br>) | |
| MATTHEW WEISS )<br>    Defendant. ) | |

**STIPULATION AND ORDER
TO EXTEND PRETRIAL MOTIONS DEADLINE**

The parties, by and through their respective counsel, stipulate and agree to the extension of the deadline for the defense to file pretrial motions from December 8, 2025, to December 15, 2025.

The parties agree and stipulate to an extension of the current deadline for the following reasons: (1) the parties are in extensive discussions designed to limit the issues that will ultimately be litigated through motions – the extension will facilitate this process; and (2) the outcome of these motions may be dispositive.

**IT IS ORDERED** that the motions deadline is extended from December 8, 2025, to December 15, 2025, for the defense.

**IT IS SO ORDERED.**

Dated: December 8, 2025            /s/ Nancy G. Edmunds
                                   Hon. Nancy G. Edmunds
                                   United States District Judge

1

| | |
|---|---|
| /s/ _David Benowitz_____ | /s/ __Timothy Wyse_____ |
| David Benowitz | Timothy J. Wyse |
| Paulette M. Pagan | Assistant United States Attorney |
| Price Benowitz, LLP | United States Attorney's Office |
| 409 7th Street, NW | 211 W. Fort Street, Suite 2001 |
| Suite 300 | Detroit, Michigan 48226 |
| Washington, DC 20004 | P: (313) 226-9144 |
| P: (202) 271-5249 | Timothy.Wyse@usdoj.gov |
| david@pricebenowitz.com | |
| paulette@pricebenowitz.com | |

*Counsel for Matthew Weiss*