THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 2:25-CR-20165-DML-APP-1 |
| vs. ) | |
| ) | |
| ) | |
| **MATTHEW WEISS** ) | |
|     **Defendant.** ) | |

<u>**STIPULATION TO EXTEND PRETRIAL MOTIONS DEADLINES
AND TO EXTEND PAGE LIMIT FOR DEFENSE REPLY**</u>

**IT IS STIPULATED** that the parties, by and through their respective counsel, stipulate and agree to: 1) the extension of the deadline for the government to respond to the defense's Motion to Suppress Evidence Seized From iCloud Account in Flagrant Disregard of the Warrant's Temporal Scope (ECF No. 29) and Omnibus Motion to Dismiss Multiple Counts of the Indictment for Duplicity, Multiplicity, and Lack of Venue (ECF No. 30) from January 5 to January 30, 2026; 2) the extension of the deadline for the defense's Reply to the government's Opposition to Defendant's Motion to Suppress (ECF No. 25) from January 2 to January 30, 2026; and 3) the allowance of up to twenty-five (25) pages for the defense's Reply.

The parties agree and stipulate to an extension of the current motions deadline for the following reasons: (1) the multiple, complex motions filed by the defense; 2) the holidays have reduced the time available to respond to the motions; and (3) the outcome of these motions may be dispositive.

1

/s/ _____
David Benowitz
Paulette M. Pagan
Price Benowitz, LLP
409 7th Street, NW
Suite 300
Washington, DC 20004
P: (202) 271-5249
david@pricebenowitz.com
paulette@pricebenowitz.com

*Counsel for Matthew Weiss*

/s/ _____
Timothy J. Wyse
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
P: (313) 226-9144
Timothy.Wyse@usdoj.gov