UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

vs.

       Criminal No. 25-cr-20165

       Hon. David M. Lawson

Matthew Weiss

       Defendant.

_____/

**<u>Motion to Seal Exhibit Five to Government's Brief</u>**

       The United States of America, by its undersigned attorneys, respectfully requests that Exhibit Five to the Government's brief responding to Defendant's Motion to Suppress (ECF No. 29) be permitted to be filed under seal and sealed until further Order of the Court to avoid revealing sensitive personal identification information.

       Respectfully submitted,

       JEROME F. GORGON JR.
       United States Attorney

       *s/Timothy Wyse*
       Timothy Wyse
       Assistant United States Attorney
       211 W. Fort Street, Suite 2001
       Detroit, MI 48226

Dated: January 29, 2026       Timothy.Wyse@usdoj.gov