| STATE OF MICHIGAN<br>Washtenaw County<br>15th District Court | AFFIDAVIT FOR<br>SEARCH WARRANT | Case No.<br>UMPD 2390300063(10) |
|---|---|---|

Affiant: Detective John Buehler

Complaint/Report number: 2390300063

**1. The person, place or thing to be searched is described as and is located at:**

Custodian of Records, Apple, Inc.
20705 Valley Green Drive, Cupertino CA 95014
lawenforcement@apple.com

MI Resident Agent: The Corporation Company
Michigan Resident Agent ID Number: 801015925
Entity Name: Apple, Inc.
Address: 40600 Ann Arbor Road E STE 201, Plymouth MI 48170

**2. The property to be searched for and seized, if found is specifically described as:**

The following records, data, or information for Apple, Inc. user identified as Matthew Eric Weiss (Address: ███████████ ██████ Phone Number: ████████ between the dates of 08-29-2022 through 01-05-2023 for evidence of the crime of Unlawful Access of a Computer.

- All subscriber information, such as names, phone numbers, addresses, alternative email addresses

- Device Information for all devices associated with the account including, device make and model(s), device serial number(s), associated phone number(s);

- The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account (including all draft emails and deleted emails), the source and destination addresses associated with each email, the date and time at which each email was sent, the size and length of each email, and the true and accurate header information including the actual IP addresses and Port IDs of the sender and the recipient of the emails, and all attachments;

- The contents of all instant messages associated with the account, including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message;

- All iCloud data associated with any backups of iPhones associated with this account, including all iTunes backups associated with those devices and the above described account;

- Contact details for all contacts including names, addresses, dates of birth, email addresses, phone numbers;

- Login IP addresses with Port IDs;

- All records and information regarding locations where the account was accessed, including all data stored in connection with Location Services;

| This Affidavit consists of ___4___ pages.<br><br>Reviewed on: 1/19/2023<br><br><br>By: _____Patricia Reiser P52153_____<br>Prosecuting Official | *JhBh #167*<br>Affiant – Detective John Buehler<br><br>Subscribed and sworn to before me on 1/20/2023 at 3:55 pm<br>Date<br><br>Judge/Magistrate   Magistrate Tamara A. Garwood P59488 | 1 |
|---|---|---|

- Contents of all files, including photographs and videos, stored in iCloud or other server or Apple facilitated format including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Mail, iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, iCloud Drive, iWorks (including Pages, Numbers, and Keynote), iCloud Tabs, and iCloud Keychain, and all address books, contact and buddy lists, notes, reminders, calendar entries, images, videos, voicemails, device settings, and bookmarks;

- Data related to user interactions with AppleCare related to any / all device(s) associated with the identified accounts;

- Transaction requests to remotely lock or erase devices and / or data therein;

- All records pertaining to the types of service used;

- Records of games, videos, or other remotely accessible data and the associated IP address from which the remote access was made;

- All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Apple (including the keybag.txt and fileinfolist.txt files).


3. **The FACTS establishing probable cause or the grounds for the search are:**

A. Affiant has been a police officer with the University of Michigan Police Department for over 13 years and is currently assigned as a detective with the Criminal Investigations Unit.

B.  Affiant has investigated numerous crimes to include, but not limited to larcenies, CSC's, assaults, and fraud.

C. Affiant is currently investigating the unlawful access of a computer.  The affiant was informed of the incident by Sgt. Ryan Cavanaugh and created the original report on, 01/05/2023.

D.  The affiant met with ▮▮▮▮▮▮ a University of Michigan Information Technology User Advocate, via Zoom on 1/6/2023. ▮▮▮ stated that as of today's date (1/6/2023), he has identified 46 University of Michigan Alumni accounts that were compromised from two University of Michigan Athletics Department desktop PCs. These incidents occurred between December 21-23, 2022.

E. ▮▮▮ informed the affiant that on 12/21/2022, University of Michigan Alumna,▮▮▮▮▮▮contacted the University of Michigan Information Technology Services Help Desk, regarding her password being reset by someone other than herself.

F. ▮▮▮explained that this incident was elevated to him by the Help Desk to determine what occurred. On 12/23/2022 he identified the IP address that used was, 141.213.158.165. This IP address is associated to the University of Michigan Athletic Department. ▮▮▮determined that at least two devices from this IP address were used to gain unauthorized access to numerous University of Michigan accounts.

G. ▮▮▮contacted ▮▮▮▮▮who works in the University of Michigan Athletic Information Technology Department. ▮▮▮informed ▮▮▮of the situation and provided him with the IP address and computer names for two devices that were used to gain unauthorized access.

| This Affidavit consists of ___4___ pages. | ~~#167~~ |
| --- | --- |
| Reviewed on: 1/19/2023 | Affiant – Detective John Buehler |
| | Subscribed and sworn to before me on_____ <br> Date |
| By: _____Patricia Reiser P52153_____ <br> Prosecuting Official | See page 1. <br> Judge/Magistrate |

2

Weiss_000000007066

H.  On 01/06/2023 the affiant spoke with ▮▮▮▮▮▮ in his office. ▮▮▮▮ stated based on the information provided by ▮▮ he contacted University of Michigan Football Videographer, ▮▮▮▮ ▮▮▮▮. ▮▮▮▮ identified the two devices as the QB Meeting Room computer (A-2UA4431ZFS) and the office computer for Matthew Weiss (M-2UA4371F39). ▮▮▮▮ stated he provided this information to ▮▮.

I.  ▮▮▮▮ advised he was contacted ▮▮ and informed that a third desktop computer was used to access accounts. ▮▮▮▮ said the third computer was identified as TE meeting room computer, 2UA4511VP2.

J.  ▮▮▮▮ advised that on 12/21/2022 at 10:34 am the computer associated to Weiss's office was also used to gain unauthorized access to the University of Michigan Gmail account of ▮▮▮▮

K.  ▮▮▮▮ stated that ▮▮▮▮ had also contacted ITS regarding her password was reset by someone other than herself.

L.  ▮▮▮▮ advised the suspect used a vulnerability in the University of Michigan self-service account recovery application to change the password.

M.  The suspect would gain access by providing an alternate phone number to receive an authorizing code, which allowed the suspect to reset the password. The phone number which received the authorizing code was sent to ▮▮▮▮. Mcommunity show's that this number is assigned to the current contact number for Matthew Weiss.

N.  ▮▮▮▮ advised that there were 2 other accounts that were compromised from the computer assigned to Weiss's office. The same phone number assigned to Weiss was used to receive the authorizing codes.

O.  The three incidents occurred on 12/21/2022 between 10:30 AM to 12:55 PM.

P.  Affiant was informed by Detective McLenaghan that she reviewed the video from Schembechler Hall camera SCHEM-South Corridor.  The video shows the only entrance into Weiss's office (2516). McLenaghan informed the affiant that on 12/21/2022 Weiss is seen entering his office at 10:09 am and does not exit the office until 1:13 pm.

Q.  ▮▮▮▮ also advised that the computer logs show that data from the victim accounts were accessed and that files, that can be associated to victim accounts during the same time frame were transferred to external storage device(s) from Weiss's computer and the QB meeting room computer.

R.  ▮▮▮▮ stated that the computer located in the QB meeting room was also used to gain unauthorized access to numerous University of Michigan accounts.

S.  ▮▮▮▮ advised that in addition to Weiss's phone number, two Voice Over Internet Protocol (VOIP) were used to receive the authorizing codes. These codes were sent to ▮▮▮▮ and ▮▮▮▮

T.  On 1/10/2023 a search warrant was executed on Weiss's office (1200 S. State St. Ann Arbor, MI 48109 – room 2516) and an Apple iPhone belonging to Weiss was recovered.

| This Affidavit consists of ___4___ pages. | #167 |
| --- | --- |
| Reviewed on: 1/19/2023 | Affiant – Detective John Buehler |
| | Subscribed and sworn to before me on_____ |
| | Date |
| By: ___Patricia Reiser P52153___ <br> **Prosecuting Official** | See page 1. |
| | Judge/Magistrate |

3

U.  On 1/13/2023 the affiant made contact with ▮▮▮▮▮▮ via Zoom. ▮▮▮ informed the affiant that phone numbers ▮▮▮▮▮▮ and ▮▮▮▮▮▮ were associated with three alum's accounts recovery settings for at least 90 days before 12/21/2022.

V.  State of Michigan Department of Licensing and Regulatory Affairs listed The Corporation Company, 40600 Ann Arbor Rd. E. STE 201, Plymouth MI 48170, as the Resident Agent for Apple Inc.

W.  Affiant knows from training and experience that companies like Apple, Inc. store and have access to user's "cloud storage" data (in the form of texts, photographs, videos, files, etc.) that can aid the prosecution in terms of further establishing criminal elements.

X.  Based on my investigation I believe that there is probable cause that evidence associated to the unauthorized access could be found in the user's "cloud storage" data.

Y.  Further, affiant sayeth not.

| This Affidavit consists of ___4___ pages.<br><br>Reviewed on: 1/19/2023<br><br>By: _____Patricia Reiser P52153_____<br> Prosecuting Official | Affiant – Detective John Buehler  #167<br><br>Subscribed and sworn to before me on_____<br> Date<br><br>See page 1.<br>Judge/Magistrate | 4 |

Weiss_000000007068

| STATE OF MICHIGAN<br>Washtenaw County<br>15th District Court | SEARCH WARRANT | Case No.<br>UMPD 2390300063(10) |
|---|---|---|

**TO THE SHERIFF OR ANY PEACE OFFICER:**

1. **The person, place or thing to be searched is described as and is located at**:
   Custodian of Records, Apple, Inc.
   20705 Valley Green Drive, Cupertino CA 95014
   lawenforcement@apple.com

   MI Resident Agent: The Corporation Company
   Michigan Resident Agent ID Number: 801015925
   Entity Name: Apple, Inc.
   Address: 40600 Ann Arbor Road E STE 201, Plymouth MI 48170

2. **The property to be searched for and seized, if found is specifically described as:**
   The following records, data, or information for Apple, Inc. user identified as Matthew Eric Weiss (Address: ██████████████████████████████████ Phone Number: ████████████ between the dates of 08-29-2022 through 01-05-2023 for evidence of the crime of Unlawful Access of a Computer.

   - All subscriber information, such as names, phone numbers, addresses, alternative email addresses

   - Device Information for all devices associated with the account including, device make and model(s), device serial number(s), associated phone number(s);

   - The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account (including all draft emails and deleted emails), the source and destination addresses associated with each email, the date and time at which each email was sent, the size and length of each email, and the true and accurate header information including the actual IP addresses and Port IDs of the sender and the recipient of the emails, and all attachments;

   - The contents of all instant messages associated with the account, including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message;

   - All iCloud data associated with any backups of iPhones associated with this account, including all iTunes backups associated with those devices and the above described account;

   - Contact details for all contacts including names, addresses, dates of birth, email addresses, phone numbers;

   - Login IP addresses with Port IDs;

   - All records and information regarding locations where the account was accessed, including all data stored in connection with Location Services;
   - Contents of all files, including photographs and videos, stored in iCloud or other server or Apple facilitated format including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Mail, iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, iCloud Drive, iWorks

5

| STATE OF MICHIGAN<br>Washtenaw County<br>15th District Court | SEARCH WARRANT | Case No.<br>UMPD 2390300063(10) |
|---|---|---|

(including Pages, Numbers, and Keynote), iCloud Tabs, and iCloud Keychain, and all address books, contact and buddy lists, notes, reminders, calendar entries, images, videos, voicemails, device settings, and bookmarks;

- Data related to user interactions with AppleCare related to any / all device(s) associated with the identified accounts;

- Transaction requests to remotely lock or erase devices and / or data therein;

- All records pertaining to the types of service used;

- Records of games, videos, or other remotely accessible data and the associated IP address from which the remote access was made;

- All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Apple (including the keybag.txt and fileinfolist.txt files).

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: I have found that probable cause exists and that you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.**

Issued  1/20/2023 at 3:55 pm
_____
Date

_____
Judge/Magistrate

Magistrate Tamara A. Garwood P59488

6

Weiss_000000007070

| STATE OF MICHIGAN<br>Washtenaw County<br>15th District Court | SEARCH WARRANT | Case No.<br>UMPD 2390300063(10) |
|---|---|---|

### RETURN AND TABULATION

Search was made on_____ and the following property was taken:

___continued on reverse side

_____          _____
Officer                                                          Witness

COPY of affidavit, warrant and tabulation served on _____.
                                                                                       Name

Tabulation filed_____
                            Date

7

Weiss_000000007071