Protected Discovery

**[EXTERNAL EMAIL] - Fwd: Apple Response; Case Number: 2390300063 / 2390300063(10) / UMPD2390300063(10); (202300147589)**

**Thomas Cargill** <▮>
Wed 4/26/2023 12:40 PM
To: Reller, Kelly Mae (DE) (FBI) <▮>

Detective Thomas Cargill
University of Michigan Police Department

Begin forwarded message:

> **From:** John Buehler <▮>
> **Date:** February 3, 2023 at 2:49:53 PM EST
> **To:** Thomas Cargill <▮>
> **Subject: Fwd: Apple Response; Case Number: 2390300063 / 2390300063(10) / UMPD2390300063(10); (202300147589)**
>
> ---------- Forwarded message ---------
> From: **Law Enforcement** <▮>
> Date: Fri, Feb 3, 2023 at 1:03 PM
> Subject: Apple Response; Case Number: 2390300063 / 2390300063(10) / UMPD2390300063(10); (202300147589)
> To: <▮>
>
> This message contains a link to Apple's response to legal process. That link (and any internal links therein) will expire in 30 days. You are responsible for promptly downloading and maintaining the linked materials. If you request a new copy of such materials after 30 days, Apple may require you to serve new legal process by email to ▮. Additionally, Apple may no longer retain such records at the time of your subsequent request.
>
> _____
>
> Via Email Delivery
>
> Detective Buehler
> University of Michigan - Division of Public Safety & Security
>
> Ann Arbor, MI - Michigan

Dear Detective Buehler,

Apple Inc. ("Apple") is providing APL000001 through APL000002 and APLiC000001 through APLiC000008 in response to the legal request received by Apple on 2023-01-20. These files are true copies of the Apple data reasonably accessible from Apple's systems and responsive based on the criteria and information provided in the legal request.  Said files were prepared by Apple personnel in the ordinary course of business and were obtained during a reasonable search of Apple data.

Please note that certain files within the iCloud backup data may contain aggregated data where Apple was unable to apply a date filter.  Due to the complexity of the iCloud backup data you may need to work with a cellular forensics expert to access and review the provided data.  Apple is unable to provide technical assistance.

Please note that the backup information produced is not a "business record" of Apple, and therefore Apple cannot authenticate as a business record any information extracted from a subscriber's iCloud backup file.  You will likely need a forensic expert for such authentication.

You may note entries from IP addresses beginning with "17." and/or "10." for any available connection logs provided. IP addresses beginning with "17." are assigned to Apple and their occurrence in these logs is reflective of activity on Apple internal servers and not an indication of any user connections. IP addresses beginning with "10." in relation to Find My iPhone ("FMIP") logs are also reflective of activity on Apple internal servers and not an indication of any user connections.

For data security and customer confidentiality purposes, Apple's production of data containing customer personally identifying information is encrypted using GPG encryption software.  Law enforcement officers who receive Apple data must be able to manage production files encrypted with the GPG format without technical assistance from Apple.

Technical information relating to GPG encryption software is available at: http://www.gpg4win.org/doc/en/gpg4win-compendium.html.  Information in relation to installing GPG on Windows OS is included in this link under the heading 'Installing Gpg4win'.  If you require further technical assistance/information, please consult your agency's Information Technology Department.

The password for the GPG file will be provided in a separate email.

All evidence preservation pursuant to the herein request response is the responsibility of the requesting law enforcement agency.

Sincerely,

▇

Apple Privacy & Law Enforcement Compliance
▇
http://www.apple.com/privacy/

Enclosures via link at bottom of this email

For more information about Apple's Legal Process Guidelines for U.S. Law Enforcement, please visit:
http://www.apple.com/legal/privacy/law-enforcement-guidelines-us.pdf

*****************************************************************************

This transmission may contain confidential information intended only for the person(s) named above. Any other distribution, re-transmission, copying or disclosure is strictly prohibited. If you have received this transmission in error, please notify ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ immediately and delete this file/message from your system.

To access the data, paste the below link in your browser url bar. Automatic download of a GPG file will be triggered.

**Link will expire in 30 days**

Please let the file complete its download before attempting to open it using the instructions in the GPG Password email.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Once you have decrypted the GPG file, please follow the Read_Me_Instructions document located within the Account Data Links folder. That document will provide instructions on how to download the data.

--

John Buehler | Detective
Police Department

University of Michigan - Division of Public Safety & Security

1239 Kipke Drive, Ann Arbor, MI 48109

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ | dpss.umich.edu | Follow us on Twitter @umichdpss

Sender notified by
Mailtrack