Protected Discovery

Case 2:25-cr-20165-DML-APP   ECF No. 44-4, PageID.441   Filed 01/30/26   Page 1 of 2

FD-302 (Rev. 5-8-10)

-1 of 2-

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

FEDERAL BUREAU OF INVESTIGATION

Date of entry   04/10/2023

    A search warrant, issued in the United States District Court for the Eastern District of Michigan on March 27, 2023, was executed at University of Michigan Police Department (UMPD), 1239 Kipke Drive, Ann Arbor, Michigan 48109 at 9:07 AM on April 6, 2023.

    Federal Bureau of Investigation (FBI) Special Agent (SA) Kelly Reller, SA Jamie Fechik, SA Ryan Ormond and Staff Operations Specialist (SOS) Natalie Borgan participated in the operation. Also present were UMPD Detective John Buehler and Detective Thomas Cargill.

    Physical evidence items were photographed as received, then photographed without UMPD packaging. Any original packaging was stored with the repackaged evidence items.

    The following digital evidence items were obtained from the computers of Cargill and Buehler, as witnessed by SA Reller and SA Ormond:

- Apple search warrant return; obtained from Cargill's computer; copied to USB drive. File transfer began at 10:11 AM and was completed at 10:14 AM.
- UM ITS search warrant return; obtained from Cargill's computer; copied to USB drive. File transfer began and was completed at 10:16 AM.
- UM ITS search warrant return; obtained from Cargill's computer; copied to USB drive. File transfer began at 10:18 AM and was completed at 10:23 AM.
- Inteliquent search warrant return; obtained from Buehler's computer; copied to USB drive. File transfer began and was completed at 10:26 AM.
- Plivo search warrant return; obtained from Buehler's computer; copied to USB drive. File transfer began and was completed at 10:27 AM.
- Plivo search warrant return; obtained from Buehler's computer; copied to USB drive. File transfer began and was completed at 10:28 AM.

    A signed receipt for property and copy of the search warrant were left with Buehler. Agents and SOS Borgan completed the search and departed at 10:40 AM.

    The warrant, search documents, and photo discs are included in the 1A

| | | | |
|---|---|---|---|
| Investigation on | 04/06/2023 | at | Ann Arbor, Michigan, United States (In Person) |
| File # | 288A-DE-3728795 | Date drafted | 04/06/2023 |
| by | Kelly Mae Reller | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  288A-DE-3728795
(U) Search Warrant at 1239 Kipke Drive Ann Arbor, Michigan 48109 , On 04/06/2023 , Page 2 of 2

section of the file.

Weiss_000000006177