UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                Case No. 2:25-CR-20165

                                    HON. DAVID M. LAWSON

MATTHEW WEISS,

       Defendant.

## INDEX OF EXHIBITS

| | |
|---|---|
| **A** | (2/9/23) Memo UMPD to FBI - Motion to Seal Pending |
| **B** | (2/14/23) Email SSA Pruitt to SA Geahan and UMPD |
| **C** | (2/17/23) SA Reller's handwritten notes - Motion to Seal Pending |
| **D** | (2/21/23) Email SA Reller to UMPD |
| **E** | (2/28/23) Email Det. Cargill to SA Reller - Motion to Seal Pending |
| **F** | (3/3/23) FBI 302 Opening Case - Motion to Seal Pending |
| **G** | (3/6/23) Email Det. Buehler to SA Reller |
| **H** | (3/13/23) FBI 302 UMPD Reports Received |
| **I** | (4/17/23) FBI 302 UMPD Forensic Report Summary- Motion to Seal Pending |
| **J** | FBI CART Communication Log |
| **K** | (4/14/23) Email from SA Reller to Det. Cargill |
| **L** | (1/10/23) Miranda Waiver Form |
| **M** | Affidavit by Mr. Weiss |
| **N** | University of Michigan SPG 601.11 Computer Privacy Policy |