Exhibit A: Report from Det. Cavanaugh & DeRider to SSRA Geahan

Provided directly to Court. Motion to seal pending.