**From:** "Pruitt, Sean N. (DE) (FBI)" <█████████>
**To:** "Geahan, Patrick M. (DE) (FBI)" <█████████>, "█████████"
<█████████>, "Paul DeRidder (█████████)" <█████████>
**Cc:** "█████████" <█████████>, "█████████"
**Subject:** RE: Weiss Meeting
**Date:** Tue, 14 Feb 2023 20:24:33 -0000
**Importance:** Normal

---

All,

We are going to pitch this as a cyber case to the United States Attorney's Office on Thursday.  I believe they will take it based on the totality of the circumstances.  If they do, we will open the FBI case and I will have our cyber Special Agent reach out to y'all directly.

Also, we have our password cracker up and ready for the drive.  We will likely need to get a federal search warrant for it, but I think that shouldn't be much of a problem.

Talk soon,

Sean

SSA Sean N. Pruitt
Cyber Criminal Squad, CY-16
(313) 965-████
Detroit, MI


-----Original Appointment-----
**From:** Geahan, Patrick M. (DE) (FBI) <█████████>
**Sent:** Thursday, February 9, 2023 1:09 PM
**To:** Geahan, Patrick M. (DE) (FBI); Pruitt, Sean N. (DE) (FBI); █████████; Paul DeRidder (█████████)
**Cc:** █████████; █████████
**Subject:** Weiss Meeting
**When:** Friday, February 10, 2023 1:00 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

If this time doesn't work, please let me know what does!

---

## Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

**Or call in (audio only)**
+1 304-848-3555,,864270708#   United States, Bridgeport

Phone Conference ID: 864 270 708#
Find a local number | Reset PIN

The Toll Free option for this Teams meeting: 1-833-324-8326

Learn More | Meeting options

_____

WEISS_000000061578