Exhibit C: SA Reller's handwritten notes (2/17/23)

Provided directly to Court. Motion to seal pending.