**From:** "Reller, Kelly Mae (DE) (FBI)" <████████>
**To:** Paul DeRidder <████████>
**CC:** Thomas Cargill <████████>, John Buehler <████████>, Ryan Cavanaugh <████████>
**Subject:** Re: [EXTERNAL EMAIL] - Re: Contact info
**Date:** Tue, 21 Feb 2023 18:51:44 +0000

---

Thanks for your patience. Does 1 p.m. on Monday (2/27) work for this group? And does your office on Kipke Drive work for a meeting location?

Folks joining me are:

- Patrick Geahan, Senior Supervisory Agent, FBI Ann Arbor RA
- Jamie Fechik, Special Agent, FBI Ann Arbor RA
- Sean Pruitt, Senior Supervisory Agent, FBI Detroit
- Ken Scroi, Computer Scientist, FBI Detroit

**From:** Paul DeRidder <████████>
**Sent:** Tuesday, February 21, 2023 9:23 AM
**To:** Reller, Kelly Mae (DE) (FBI) <████████>
**Cc:** Thomas Cargill <████████>; John Buehler <████████>; Ryan Cavanaugh <████████>

**Subject:** Re: [EXTERNAL EMAIL] - Re: Contact info

Kelly

That sounds great see you next week.

Paul


Sender notified by
Mailtrack

On Tue, Feb 21, 2023 at 9:14 AM Kelly Reller <████████> wrote:
> Good morning all -
>
> We're hoping to add a couple more faces to the meeting, and given some iffy weather coming our way, we are now looking to schedule this early next week instead. I'm getting a sense of availability here and will get back to you all soon.
>
> Thank you!
>
> **From:** Thomas Cargill <████████>
> **Sent:** Monday, February 20, 2023 8:43 AM
> **To:** Reller, Kelly Mae (DE) (FBI) <████████>



WEISS_000000061338