Exhibit E: Emails (2/28/23) from Cargill to SA Reller

Provided directly to Court. Motion to seal pending.