Exhibit F: FBI 302 (3/3/23) drafted by SA Reller

Provided directly to Court. Motion to seal pending.