**From:** John Buehler <███████████>
**To:** "Reller, Kelly Mae (DE) (FBI)" <███████████████████>
**Subject:** [EXTERNAL EMAIL] - Re: Follow-up question
**Date:** Mon, 6 Mar 2023 19:29:47 +0000
**Attachments:** Evidence_list.docx

---

Kelly,

I added a copy of our report up to the point where we started adding information from search warrant returns.  I have attached a list of evidence that was taken during the search warrants.  The location for the Apple return is - Detective Tom Cargill's Forensic Computer, located at 1239 Kipke Dr. Ann Arbor, MI 48109.  I put in a request for the access logs for the building and waiting on a response.
Let me know if you have any questions about what I have submitted.  If you are available again this week we can discuss what we can provide at this time.

Thanks, John

 Sender notified by
Mailtrack

On Fri, Mar 3, 2023 at 4:31 PM Kelly Reller  wrote:
> Hi John -
>
> A couple quick follow-ups from our call. Is the Apple return in your posession saved to a device/some sort of media?
>
> If you could send me a bulleted list of every item seized (in an email is fine) as a result of warrants - including the device holding the Apple return - with a description of each device as you cataloged it, that would ensure we are consistent in our descriptions.
>
> Thanks and have a great weekend!
>
> Kelly Reller
> Special Agent - Cyber
> FBI Detroit
> 313-965-████

--

John Buehler | Detective
Police Department

University of Michigan - Division of Public Safety & Security

1239 Kipke Drive, Ann Arbor, MI 48109

(734)763-████ | Fax (734) 763-████

█████████████ | dpss.umich.edu | Follow us on Twitter @umichdpss