Protected Discovery

FD-302 (Rev. 5-8-10)

-1 of 1-

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION



Date of entry    03/13/2023

On March 13, 2023, writer received a timeline summary of University of Michigan Police Department's (UMPD) investigation, reports and review of surveillance footage. The timeline was sent via Teleporter by UMPD Detective John Buehler.

The timeline is included in the 1A section of the file.

UNCLASSIFIED//FOUO

| | |
|---|---|
| Investigation on 03/13/2023 at | Detroit, Michigan, United States (Other (Teleporter)) |
| File # | Date drafted 03/13/2023 |
| by Kelly Mae Reller | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Weiss_000000006848