Exhibit I: FBI 302 (4/17/23)

Provided directly to Court. Motion to seal pending.