**FBI-Detroit Field Office, CART**
Patrick V. McNamara Federal Building
477 Michigan Avenue, Floor 22
Detroit, Michigan 48226

# COMMUNICATION LOG

| | |
|---|---|
| 07/27/2023 | Emailed SA Reller, confirmed 1B20 data copy job has started and 1B6 is successfully extracted/parsed. Asked for list of reviewers to begin granting review access. |
| 08/03/2023 | Spoke to SA Reller. She expressed concerns about the validity and reliability of the results data provided by the original examining agency, explaining that images didn't use unique identifiers, were possibly processed multiple times, at least one image failed during acquisition, and no examiner notes or logs exist. I told her CART would not confidently testify to data acquired and processed under those circumstances. |
| 08/04/2023 | SA Reller emailed, asked to have items separated from "combined" AXIOM sessions labeled "QB Room PC", "WD External White Tag", and "Weiss Work PC", and explained that image "TE Meeting Room.001" is an overproduction and should be isolated from review. |
| 08/04/2023 | FBI Supervisory Special Agent (SSA) Gwen Rosenthal confirmed that original evidence can be examined fully instead of from original agency results.<br><br>SA Reller emailed, acknowledging SSA Rosenthal's message and explaining that she would submit a separate request for examination. |
| 09/07/2023 | SA Reller emailed, confirmed that data from 1B6 is available in network volume and has saved project sessions. She said she is no longer looking at the data and would like to have it archived to derivative evidence media for further review offline. |
| 09/19/2023 | Emailed SA Reller, confirmed 1B6 report is complete and ready for pickup. Told her I will begin archival and closure. |