**From:** "Reller, Kelly Mae (DE) (FBI)" <​​​​​​​​​​>
**To:** Thomas Cargill <​​​​​​​​​​>
**CC:** "Fechik, Jamie (CJISD) (FBI)" <​​​​​​​​​​>
**Subject:** Re: [EXTERNAL EMAIL] - Re: Teleporter items
**Date:** Fri, 14 Apr 2023 16:00:54 +0000

---

Hi Tom - After consulting with a few folks here, we may need the original device images after all. If we do, physical drives would be a better alternative to Teleporter, so I'd come back out to Ann Arbor to get the images.

I will follow up with you next week with more information, likely Monday or Tuesday. Hope you have a great weekend!

---

**From:** Thomas Cargill <​​​​​​​​​​>
**Sent:** Monday, April 10, 2023 1:27 PM
**To:** Reller, Kelly Mae (DE) (FBI) <​​​​​​​​​​>
**Subject:** Re: [EXTERNAL EMAIL] - Re: Teleporter items

Yes, I have all the files for the others, but they are too large to send. If I remember, that file came empty, but I was still able to open it.


On Mon, Apr 10, 2023 at 12:26 PM Kelly Reller wrote:
> Thank you. So the Blue USB and Apple IOS Full File system PAS files are imaged files from those devices?
>
> If the rest can't be uploaded to Teleporter, do you want to put them on a drive and I can stop by your office and get them from you?
>
> ---
>
> **From:** Thomas Cargill <​​​​​​​​​​>
> **Sent:** Monday, April 10, 2023 11:59 AM
> **To:** Reller, Kelly Mae (DE) (FBI) <​​​​​​​​​​>
> **Subject:** [EXTERNAL EMAIL] - Re: Teleporter items
>
> I tried sending them, but the imaged files are in segments, so they all failed. Here is my report, pretty much done, just adding finishing touches.
>
> On Mon, Apr 10, 2023 at 11:34 AM Kelly Reller wrote:
>> Hi Tom -
>>
>> I can see the nine files uploaded to Teleporter on Friday. Can you send a brief description of each item (your analysis, device content, etc.)?
>>
>> Also, the highlighted file below either didn't finish uploading or has no content. Is there another file that should have been uploaded but failed?
>>
>> Apple iOS Full File system.pas          214.4 KB     4/7/2023, 2:12:39 PM
>> Apple iOS Full File system 3.pas        150.6 KB     4/7/2023, 2:12:39 PM
>> 00008101-000A306C2E84001E.pdf           192.9 KB     4/7/2023, 2:12:39 PM     application/pdf
>> ==.file     0 B==     4/7/2023, 2:12:39 PM

```
ASCI BLUE USB .001.txt  1.5 KB    4/7/2023, 1:07:43 PM    text/plain
ASCI BLUE USB .003      840 MB    4/7/2023, 12:55:27 PM
ASCI BLUE USB .002      1.5 GB    4/7/2023, 12:55:27 PM
ASCI BLUE USB .001.txt  1.5 KB    4/7/2023, 12:55:27 PM   text/plain
ASCI BLUE USB .001
```

Kelly Reller
Special Agent - Cyber
FBI Detroit
313-965-█

--

Detective Thomas Cargill, CFCE, ACE
Computer Forensic Analyst
University of Michigan Police Department
734-█    (Cell)
734-█    (office)



--

Detective Thomas Cargill, CFCE, ACE
Computer Forensic Analyst
University of Michigan Police Department
734-█    (Cell)
734-█    (office)

WEISS_000000061391