**UNIVERSITY OF MICHIGAN POLICE DEPARTMENT**

**MIRANDA WAIVER FORM**

| PERSON INTERVIEWED | ADDRESS | DOB | CASE # |
|---|---|---|---|
| Matthew Weiss | [redacted] | [redacted] | 23-63 |
| DATE | START TIME | END TIME | INTERVIEWER(S) | | Breaks – List Times: |
| 1/10/2023 | 10:17 am | 10:30 am | Bueller / Cavanaugh | | |

## MIRANDA WARNING

1. You have the right to remain silent.

   Date 1/10/23  Initials MW

2. Anything you say can and will be used against you in a court of law.

   Date 1/10/23  Initials MW

3. You have the right to talk to a lawyer and have him/her present with you while you are being questioned.

   Date 1/10/23  Initials MW

4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.

   Date 1/10/23  Initials MW

5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

   Date 1/10/23  Initials MW

Do you understand each of these rights I have explained to you?

Yes X  No ___  Initials MW

Having these rights in mind, do you wish to talk to us now?

Yes X  No ___  Initials MW

Signature of Person Interviewed

1/10/2023
Date

### Custodial Interrogation of Juveniles

Conferred with parent/legal guardian:  Yes ___ No ___
Juvenile justice system procedures explained to juvenile:  Yes ___ No ___

UMPD 100-5 Rev. 11/12

Weiss_000000006328