# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATE OF AMERICA,**

       **Plaintiff,**

vs.　　　　　　　　　　　　　　　　　　Case No. 2:25-CR-20165

　　　　　　　　　　　　　　　　　　　HON. DAVID M. LAWSON

**MATTHEW WEISS,**

       **Defendant.**

## INDEX OF EXHIBITS

A. FBI 302 of May 25, 2023

B. Email Exchange between UMPD (Det. Cargill) and FBI (SA Reller)