**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.                      **Case No. 2:25-CR-20165**

                                    **HON. DAVID M. LAWSON**

**MATTHEW WEISS,**

        **Defendant.**

**AMENDED STIPULATION  TO CONTINUE**
**MOTIONS HEARING AND TRIAL DATE**

**IT IS STIPULATED** that the parties, by and through their respective counsel, stipulate and agree to: 1) the continuance of the motions hearing regarding the defense's Motions ECF Nos. 25, 29, and 30 from March 24, 2026, to a date in early May 2026, and 2) the continuance of the trial date from April 21, 2026, to June 29, 2026.

The parties agree and stipulate to an extension of the current motions hearing date and trial date for the following reasons: (1) defense counsel has unfortunately suffered complications from a surgery that occurred several weeks ago and requires another surgery on March 16, 2026.  The recovery time from this surgery may be relatively extensive and will last through the currently scheduled

1

motions hearing and trial dates, and 2) government counsel anticipates that an as-yet unscheduled, but expected, surgery and recovery time of his own will conflict with the currently scheduled April trial date. The parties predict that an early May motions date and a trial date of June 29, 2026, will accommodate both attorneys' surgery and rehabilitation.

/s/ David Benowitz_____
David Benowitz
Paulette M. Pagan
Price Benowitz, LLP
409 7th Street, NW
Suite 300
Washington, DC 20004
P: (202) 271-5249
david@pricebenowitz.com
paulette@pricebenowitz.com

/s/James Gerometta_____
James R. Gerometta
Law Office of James Gerometta
27 E. Flint Street, Suite 2
Lake Orion, MI 48362
(313) 530-9505
James@Geromettalaw.com

/s/ Timothy Wyse_____
Timothy J. Wyse
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
P: (313) 226-9144
Timothy.Wyse@usdoj.gov

*Counsel for Matthew Weiss*