**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

**UNITED STATES OF AMERICA,**

$\qquad$ **Plaintiff,**     **Case No. 2:25-CR-20165**
**vs.**     **HON. DAVID M. LAWSON**

**MATTHEW WEISS,**

$\qquad$ **Defendant.**

---

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel, Paulette M. Pagán, for Defendant Matthew Weiss ("Mr. Weiss"), respectfully moves this Honorable Court for leave to withdraw as counsel of record, and in support thereof states the following:

1. Undersigned counsel previously represented Mr. Weiss while employed with Price Benowitz LLP.

2. Due to the establishment of her own practice, undersigned counsel is no longer employed by or affiliated with Price Benowitz LLP and respectfully seeks to withdraw as counsel of record in this matter.

3. David Benowitz and James Gerometta, who are also counsel of record for Mr. Weiss, will continue to serve as counsel of record in this case.

1

4.  This withdrawal will not interrupt the proceedings or otherwise prejudice the

Parties.

Wherefore, undersigned counsel respectfully requests that this Honorable Court

grant this Motion for Leave to Withdraw as Counsel.

Respectfully submitted,

   /s/   Paulette M. Pagán
Paulette M. Pagán
Price Benowitz, LLP
409 Seventh Street, NW, Ste. 300
Washington, D.C. 20004
(202) 731-9882
Paulette@PriceBenowitz.com

*Counsel for Matthew Weiss*

Dated: March 24, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2026, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Timothy Wyse at the United States Attorney's Office.

    /s/   Paulette M. Pagán
Paulette M. Pagán
Price Benowitz, LLP
409 Seventh Street, NW, Ste. 300
Washington, D.C. 20004
(202) 731-9882
Paulette@PriceBenowitz.com

*Counsel for Matthew Weiss*

3