UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        Case Number 25-20165

v.                                             Honorable David M. Lawson

MATTHEW WEISS,

                Defendant.

_____/

## ORDER DENYING MOTION TO WITHDRAW

Attorney Paulette M. Pagán, counsel for defendant Matthew Weiss, has moved to withdraw from the case because she no longer is affiliated with one of the firms representing the defendant. However, the motion did not indicate that counsel for the defendant sought concurrence in the relief requested from counsel for the government before filing the motion, as the defendant's attorney was required to do under the local rules of this Court. In this district, movants must seek concurrence in the relief requested before filing a motion with the Court. E.D. Mich. LR 7.1(a). If concurrence is obtained, the parties then may present a stipulation stating their consent to the relief sought. If concurrence is not obtained, Local Rule 7.1(a)(2) requires that the moving party state in the motion that "there was a conference between the attorneys . . . in which the movant explained the nature of the motion and its legal basis and requested but did not obtain concurrence in the relief sought [] or . . . despite reasonable efforts specified in the motion, the movant was unable to conduct a conference." The defendant's counsel did not state in the motion that concurrence was sought from counsel for the government before the motion was filed, and the motion therefore will be denied. However, the denial will be without prejudice to renewal after the defendant's counsel has complied with the applicable court rules.

- 2 -

Accordingly, it is **ORDERED** that the motion to withdraw (ECF No. 61) is **DENIED** without prejudice.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   March 26, 2026

- 2 -