18-21 (Rev. 09-01-2025)



**Federal Bureau of Investigation**
**Digital Evidence Laboratory/Field Office**

FBI - Detroit Field Office, CART
Patrick V. McNamara Federal Building,
477 Michigan Avenue, Floor 22
Detroit, Michigan 48226



## TECHNICAL REPORT

**To:**   Special Agent Mara Schneider
Detroit Field Office
Ann Arbor Resident Agency

**Date:**          July 28, 2026
**Case ID:**       288A-DE-3728795
**Request No.:** S372L07

**Request Date:**  July 27, 2026

> *This document may contain privileged or personally identifiable information, including information related to juveniles and other protected individuals. This document must be afforded the protections required by applicable law, regulation and policy. If you are not the intended recipient of this document, please destroy it promptly without further retention or dissemination, unless otherwise required by law.*

**Item(s) Submitted** *(this report will only cover the following item(s) as received)*:

  1B18b       Make: SanDisk
Model: unknown
Serial: unknown
Description: black 512 Gigabyte (GB) thumbdrive labeled "APPLE"
[E7115672] (item previously examined in CART request 280141)

**Details:**

Beginning July 28, 2026, Federal Bureau of Investigation (FBI) Computer Analysis Response Team (CART) personnel reviewed "Production_17211191534.zip" iCloud warrant return data previously examined in CART request 280141, for the purpose of identifying recent data. The following observations were made:

Recovered artifacts included calendar entries (13 total), contacts (591), log entries (1149), user accounts (1), web bookmarks (13), archives (16), configurations (3), documents (12), images (134), text (72), and videos (21).

Non-factory default calendar entries existed with "start dates" from December 17, 2021 back to May 15, 2020, but no indicators were observed regarding when the calendar entries were created.

The most recently dated "user-created" data listed is image file "IMG_9457.HEIC", capture time April 1, 2020 at 08:02:42 (no timezone information listed).

The most recently dated Apple-provided data listed is the most recent entry from log file "17211191534_iCloudLogs.xlsx". The entry is dated January 11, 2023 at 04:24:43 Universal Coordinated Time (UTC). "17211191534_iCloudLogs.xlsx" contains entries from as recent as January 11, 2023 04:24:43 UTC back to December 19, 2022 23:31:44 UTC, and has an Apple-

**GOVERNMENT EXHIBIT**

_____6_____

determined effective range of "from inception to 10-January-2023 23:59:00 PST" [Pacific Standard Time].

**Derivative Evidence/Copies:**

N/A

**Disposition of Items**:

No derivative evidence was produced, and no items were seized, transported, or held in custody by CART personnel.

Examiner: _____
Jordan Graves

FBI – Detroit Field Office
Computer Analysis Response Team Program

288A-DE-3728795
S372L07
Page 2 of 2