United States District Court
Eastern District of Michigan
Southern Division

United States of America,

          Plaintiff-Appellant,        District Court No. 25-20165

    v.                            Hon. David M. Lawson

Matthew Weiss,

          Defendant-Appellee.

---

## Notice of Appeal

---

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting Motion to Suppress Evidence Seized from Electronic Devices (ECF No. 68) entered in this action on July 1, 2026.

                            Respectfully submitted,

                            Jerome F. Gorgon Jr.
                            United States Attorney

                            */s/ Timothy J. Wyse*
                            Assistant United States Attorney
                            211 W. Fort Street, Suite 2001
                            Detroit, MI  48226
                            Phone: (313) 226-9144
                            timothy.wyse@usdoj.gov

Dated:  July 30, 2026

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff-Appellant,        District Court No. 25-cr-20165

    v.        Hon. David M. Lawson

Matthew Weiss,

        Defendant-Appellee.

---

## Certification of United States Attorney

---

Pursuant to 18 U.S.C. § 3731, the United States Attorney hereby certifies that the appeal of the order suppressing evidence in this case is not taken for purposes of delay and that the evidence is a substantial proof of a fact material in this proceeding.

        Respectfully submitted,

        /s/ *Jerome F. Gorgon Jr.*
        Jerome F. Gorgon Jr.
        United States Attorney
        Eastern District of Michigan
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226
        Phone:  (313) 226-9100

Dated:  July 30, 2026